3/7/2012

Eastern District of Kentucky
F I L E D
MAR 09 2012
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY

Civil Action No. _5:12-CV-75-KKC_

Azael Dythian Perales et al.,

Plaintiff,

vs.

United States of America et al.,
U.S. Secret Service et al.,           )     **"Complaint With Jury Demand"**
                                      )
 John Boehner, James E. Clyburn,      )
 David R. Obey, John M. Spratt Jr.,   )
 John Conyers Jr., Edolphus Towns     )
 Bob Sasser,                          )
 Roy Blunt, Elaine L. Chao,           )
 Janet Napolitano, Robert Gates,      )
 Douglas Shulman, John (Jack) E. Potter) )
Robert S. Mueller, Eric H. Holder
**Kentucky Supreme Court et al.,**
Justice Will T. Scott, Justice Wil Schroder,
Deputy Chief Justice Mary C. Noble ,
 Justice Bill Cunningham,: Justice Lisabeth Hughes Abramson,
 Chief Justice John D. Minton Jr., Justice Daniel J. Venters.
Christopher Shea Nickell, Michael Caperton, Thomas B. Wine,
 Chief Judge Jeff S. Taylor, Laurance B. VanMeter,
 Michelle M. Keller and Janet L. Stumbo, Donna L. Dixon,
 James H. Lambert, Denise G. Clayton, Kelly Thompson,
 Glenn E. Acree, Joy A. Moore , Sara Walter Combs
Kentucky District Court et al.,
Pamela K. Addington  Family Court Judge
Hardin County Justice Center
120 E. Dixie Ave.
Elizabethtown, KY 42701-1487  Hardin (270) 766-5003 (Phone)
(270) 766-5253 (Fax) Cir. 09, Div. 01 Family
Russell D. Alred  Chief Circuit Judge
Harlan County Justice Center

3/7/2012

P.O. Box 799
Harlan, KY 40831-0799  Harlan (606) 573-3242 (Phone)
(606) 573-1280 (Fax) Cir. 26
John L. Atkins  Chief Circuit Judge
Christian County Justice Center
100 Justice Way
Hopkinsville, KY 42240  Christian (270) 889-6537 (Phone)
**State of Kentucky et al.,**
Steve Beshear – Governor of Kentucky
Jerry Abramson – LT. Governor of Kentucky
**Commonwealth of Kentucky et al.,**
Judicial Branch
The judicial branch interprets the laws and maintains a statewide system of justice.
Kentucky Court of Justice
The American Judicial System and our legal processes are often misunderstood by citizens. This web site is designed to answer some of your questions about Kentucky's Court of Justice, one of our three branches of government, and to familiarize you with its operation.
Legislative Branch
The legislative branch establishes our laws and creates services that benefit the people of Kentucky.
Tax Appeals, Board of
The Board of Tax Appeals et al., provides an independent, impartial and neutral forum for hearing and resolving disputes on tax issues in a timely, cost-effective alternative to the court system.
**Kentucky Bar Association et al.,**
514 W. Main Street
Frankfort KY 40601-1812
(502) 564-3795

**United States Senate et al.,**
Rand Paul – U.S. Senator,
Mitch McConnell –U.S. Senator
Harry Reid – U.S. Senator
Thad Cochran – U.S. Senator
**U.S. House of Representatives et al.,**
& All named Defendants
On Habeas Corpus Complaint
And All Related Defendants


Defendant(s).

## COMPLAINT WITH JURY DEMAND


The Defendants are guilty of the following crimes,

3/7/2012

Other Offenses against Public Justice > California Penal Codes § 137.(b), § 140. (a), § 142.(4), § 145., § 146.(g), § 147., § 148.,§ 148.1, § 149., § 151., § 153., § 154., § 155., § 155.5., § 165., § 166., § 181., § 188. & § 401. § 362. & § 166.(4) , <u>Violation of California   Civil Code Section 52.3</u> (a) No Governmental authority, or agent of a governmental authority, or person Acting on behalf of a governmental authority,

Shall engage in a pattern or practice of conduct by law enforcement Officers that deprives any person of rights, privileges, or Immunities secured or protected by the Constitution or laws of the United States or by the Constitution or laws of California . Violation Of 18 U.S.C. § 241 : US Code - Section 241: Conspiracy against rights, Violation of 18 U.S.C. § 242 : US Code - Section 242: Deprivation of rights under color of law.

Violation of  The Federal Food Stamp Act of 1977 (Public Law 95-113) ( Title 7 U.S.C. Section 2012(k) Chapter 51> § 2019 ) & "18 U.S.C. Section 1001, willfully and knowingly concealing a material fact by any trick, scheme, or device. 18 U.S.C. § 1962. (c)   ( Racketeering ),  18 U.S.C. §1962. (d) (RICO Conspiracy) ,)  18 U.S.C. § 1344(Bank Fraud) ,18 U.S.C. § 1349. (Attempt & Conspiracy to Commit Mail & Wire Fraud)  18 U.S.C. § 1512. (b) (Witness Tampering ) , 18 U.S.C. §1030. (a) (2)  ( Misuse of

3/7/2012

Computer ) , 18 U.S.C. § 1963.( Criminal Forfeiture ) , "18 U.S.C. § 371." ( Conspiracy to Commit offense or Defraud The United States ) , 18 U.S.C. §402. (Contempt's constituting crimes)., "18 U.S.C. § 3045." Internal Revenue Violations, Failure to issue warrants for Internal Revenue Violations, 26 U.S.C. § 7236.  (False Statement on Tax Filing ), Violation of 26 U.S.C. § 7236. (2) Aiding or Assisting False Return). The Defendants are guilty of violation of Title VI of the Civil Rights Act of 1964 & 42 U.S.C. § 1983. **II. ELEMENTS OF A SECTION 1983 CLAIM**

(ii) ". . . who under color of [state & federal law]

The traditional definition of acting under the color of state and federal law requires that the Defendant  have exercised power "possessed by virtue of the law and made possible only because the wrongdoer is clothed with the authority of the law and such actions may result in liability even if the defendant abuses the position given to him by the State or Federal Government, A private Party may also act under color of the law under certain circumstances, as I am alleging in this case before the court. For all practical purposes, the "color of State & Federal law" requirement is identical to the "state action" prerequisite to Constitutional liability as the Defendant is in this controversy Before the Court,

3/7/2012

Thank you.

March 7, 2012
 Date:

_____
Signature of Attorney of Record

Azael Dythian Perales

(Printed Name)

Post Office Box 501
(Homeless)
Fullerton, CA 92836

(714) 732-8532
Telephone Number