UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | | |
|---|---|---|
| AZAEL DYTHIAN PERALES, | ) | |
| Plaintiff, | ) | Civil Action No. 5:12-CV-75-KKC |
| v. | ) | |
| UNITED STATES OF AMERICA, *et al.*, | ) | **JUDGMENT** |
| Defendants. | ) | |

\*\*   \*\*   \*\*   \*\*   \*\*

Consistent with the Order of Dismissal entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** that:

1. The Complaint filed by plaintiff Azael Dythian Perales [R. 1] is **DISMISSED WITHOUT PREJUDICE** and Judgment is **ENTERED** in favor of the defendants.

2. The Court certifies that any appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997); *Kincade v. Sparkman*, 117 F.3d 949 (6th Cir. 1997).

Dated this 19th day of June, 2012.



**Signed By:**
*Karen K. Caldwell*  *KKC*
**United States District Judge**